IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>EMMANUEL ZAKARIA,<br><br>      Defendants. | **8:23CR45**<br><br>**ORDER** |

  A telephone status conference was held today.  During the telephone conference the parties informed the court that the parties are finalizing the plea terms and Defense counsel will then need time to go over the paperwork with the defendant.  Defense counsel moved to continue the status conference and the government did not object.   Accordingly,

  IT IS ORDERED:

1)  A telephonic status conference with counsel will be held before the undersigned magistrate judge at 3:45 p.m. on November 2, 2023. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

2)  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 2, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 31st day of August, 2023.

                      BY THE COURT:

                      s/ Susan M. Bazis
                      United States Magistrate Judge